NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAC 22-81

STATE IN THE INTEREST OF

G. N., A. N., AND J. N.

**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. J-6215
HONORABLE LALA BRITTAIN SYLVESTER, DISTRICT JUDGE

**********

D. KENT SAVOIE

JUDGE

**********

Court composed of John E. Conery, D. Kent Savoie, and Gary J. Ortego, Judges.

APPEAL DISMISSED.

**Lauren Ray Anderson**
**Attorney at Law**
**247 East Lister Street**
**Shreveport, LA 71101**
**(210) 957-9929**
**COUNSEL FOR APPELLANT:**
 **L.N.**

**John N. Bokenfohr**
**Attorney at Law**
**6425 Youree Drive, Suite 380**
**Shreveport, LA 71105**
**(318) 747-5329**
**COUNSEL FOR APPELLANT:**
 **L.N.**

**Billy Joseph Harrington**
**District Attorney**
**Post Office Box 838**
**Natchitoches, LA 71458-0838**
**(318) 357-2214**
**COUNSEL FOR APPELLEE:**
 **State of Louisiana, Department of Child and Family Services**

**Jacqueline Chevette Williams**
**Assistant District Attorney**
**Post Office Box 838**
**Natchitoches, LA 71458-0838**
**(318) 357-2244**
**COUNSEL FOR APPELLEE:**
 **A. N.**
 **G. N.**
 **J. N.**

**John C. Guillet**
**Attorney at Law**
**Post Office Box 838**
**Natchitoches, LA 71458**
**(318) 357-2214**
**COUNSEL FOR APPELLEE:**
 **State of Louisiana, Department of Child and Family Services**

**SAVOIE, Judge.**

On February 17, 2022 Appellant, L.N., was ordered to show cause no later than March 4, 2022, by brief only, why the instant appeal should not be dismissed as untimely. A response from Appellant was received in this court. For the reasons set forth herein, we dismiss the appeal.

The trial court signed a Judgment of Guardianship on July 30, 2021, appointing legal guardianship of G.N., A.N., and J.N. to the paternal grandparents of the children. The judgment was served on counsel for Appellant, John N. Bokenfohr, on August 5, 2021. On August 30, 2021, Lauren Ray Anderson enrolled as counsel for Appellant, and on September 1, 2021, Ms. Anderson filed a Motion for and Notice of Appeal with Designation of Record on behalf of Appellant.

Upon the lodging of the appeal, this court issued a rule to show cause why the appeal should not be dismissed as untimely. Pursuant to La.Ch.Code art. 332, "appeals shall be taken within fifteen days from the mailing of notice of judgment." The notice of judgment was served on counsel of record on August 5, 2021, and notice of appeal was not filed until September 1, 2021, more than fifteen days after service of notice of judgment.

In response to the rule to show cause, Appellant acknowledges the fifteen-day time limit set forth in Article 332. Appellant, however, does not address why Article 332 should not be applied to the instant case. Accordingly, pursuant to Article 332, we find that that the instant appeal was filed untimely and is hereby dismissed.

**APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.